

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*225 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 1996

<u>BY FEDERAL EXPRESS</u>

Harry C. Batchelder, Jr., Esq.
123 Williams Street
Suite 2301
New York, New York  10038

Larry Bronson, Esq.
80 Pine Street
New York, New York  10005

Lawrence Schoenbach, Esq.
111 Broadway, 13th Floor
New York, New York  10006

        Re: United States v. Candela, <u>et al</u>.
           <u>Criminal Docket No. 95-438 (S-1)(RJD)</u>

Dear Counsel:

        To the extent any of the information contained herein may be relevant to the government's discovery obligations under <u>Brady</u> and its progeny, we are enclosing for your review various witness statements related to robberies that are at issue in this case. Also enclosed is a copy of a police sketch, portions of which the government will seek to introduce at trial.

                          Very truly yours,

                          ZACHARY W. CARTER
                          United States Attorney

          By: *Jo Ann M. Navickas*
              Jo Ann M. Navickas
              Assistant U.S. Attorney

Enclosures

Clerk of the Court (EDNY) (w/o enclosures)